**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 25, 2015

Hon. Sharon Mathis
District Clerk
115 W. Main St. - Room 203
Edna, TX 77957
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-13-00003-CV
Tr.Ct.No. 10-1-13638
Style:    ABEL MORENO v. KENNETH W. LANGSTON

The judgment of the trial court in the above cause was REVERSED AND REMANDED by this Court on the 11th day of June, 2015. The mandate is enclosed.

Costs of the appeal were adjudged against appellee, KENNETH W. LANGSTON.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days. Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   Hon. Von H. Shelton (DELIVERED VIA E-MAIL)
      Hon. Bernard T. Klimist (DELIVERED VIA E-MAIL)